UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RADCLIFFE BANCROFT LEWIS, )
)
Plaintiff, )
) Case: 1:17-cv-00720 (F-Deck)
v. ) Assigned To : Unassigned
) Assign. Date : 4/19/2017
UNITED STATES, *et al.*, ) Description: Pro Se Gen. Civil
)
Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on review of the plaintiff's *pro se* complaint and his application to proceed *in forma pauperis*. Once again, the plaintiff claims to have won the lottery and been deprived of the prize money. According to the plaintiff, "[t]he [p]rincipal value of the December 11, 1999 jackpot pri[z]e is $48,000,000." Compl. ¶ 7. The claim has been raised before, and it is no more viable here. This "actually is a tort claim for the recovery of lottery winnings to which the plaintiff claims an entitlement. Absent a clear showing of this Court's subject matter jurisdiction," the claim must be dismissed. *Lewis v. Gov't of the District of Columbia*, No. 12CV88, 2012 WL 171538, at *1 (D.D.C. Jan. 20, 2012), *aff'd*, 476 F. App'x 461 (D.C. Cir. 2012).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice. An Order is issued separately.

DATE: 4/14/17

United States District Judge
J. Bombay

3